IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | CASE NO. 09-05572-ESL |
| | * | |
| NORMA I. GUTIERREZ DE JESUS | * | CHAPTER 13 |
| | * | |
| DEBTOR | * | |

**NOTICE OF FILING OF AMENDED SCHEDULES "I" & "J"**

TO THE HONORABLE COURT:

COMES NOW, **NORMA I. GUTIERREZ DE JESUS** debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays:

1. Debtor respectfully submits Amended Schedules "I" and "J" *to inform any increase or decrease in income and expenses*.

2. Attached to this motion debtor submits Amended Schedules "I" and "J".

**I CERTIFY** that on this same date a copy of this notice was sent by the Clerk of the Court using CM/ECF systems which will send notifications of such to the Chapter 13 Trustee; and also certify that I have mailed by United States Postal Service copy of this motion to the following non CM/ECF participant: debtor, Norma I. Gutierrez De Jesus; and parties in interest, in the present case.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 7th day of November, 2011.

/s/ *Roberto Figueroa Carrasquillo*
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186
CAGUAS PR 00726-0186
TEL No (787) 744-7699
FAX NO (787) 746-5294
EMAIL: rfigueroa@rfclawpr.com

B6I (Official Form 6I) (12/07)

IN RE GUTIERREZ DE JESUS, NORMA IRIS  Case No. 09-05572-13
              Debtor(s)                              (If known)

## AMENDED SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on From 22A, 22B, or 22C.

| Debtor's Marital Status | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| Single | RELATIONSHIP(S): Son | AGE(S): 21 |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | | |
| Name of Employer | Premier Computer, Inc Hospital Municipal | |
| How long employed | 11 years | |
| Address of Employer | Centro Medico Rio Piedras, PR | |

INCOME: (Estimate of average or projected monthly income at time case filed)    DEBTOR        SPOUSE
1. Current monthly gross wages, salary, and commissions (prorate if not paid monthly)   $ 1,291.50   $ _____
2. Estimated monthly overtime                                                            $ _____   $ _____

3. SUBTOTAL                                                                              $ 1,291.50   $ _____

4. LESS PAYROLL DEDUCTIONS
   a. Payroll taxes and Social Security                                                  $ 94.62     $ _____
   b. Insurance                                                                          $ _____   $ _____
   c. Union dues                                                                         $ _____   $ _____
   d. Other (specify) _____                                                    $ _____   $ _____
                                                                                         $ _____   $ _____

5. SUBTOTAL OF PAYROLL DEDUCTIONS                                                        $ 94.62     $ _____

6. TOTAL NET MONTHLY TAKE HOME PAY                                                       $ 1,196.88  $ _____

7. Regular income from operation of business or profession or farm (attach detailed statement) $ _____ $ _____
8. Income from real property                                                             $ _____   $ _____
9. Interest and dividends                                                                $ _____   $ _____
10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or
    that of dependents listed above                                                      $ 200.00    $ _____
11. Social Security or other government assistance
    (Specify) _____                                                            $ _____   $ _____
                                                                                         $ _____   $ _____
12. Pension or retirement income                                                         $ _____   $ _____
13. Other monthly income
    (Specify) Christmas Bonus $554.10/12                                                 $ 46.16     $ _____
                                                                                         $ _____   $ _____
                                                                                         $ _____   $ _____

14. SUBTOTAL OF LINES 7 THROUGH 13                                                       $ 246.16    $ _____
15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14)                         $ 1,443.04  $ _____

16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15;
if there is only one debtor repeat total reported on line 15)                            $ 1,443.04

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
None

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE GUTIERREZ DE JESUS, NORMA IRIS _____ Case No. 09-05572-13 _____
                            Debtor(s)                              (If known)

# AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: 11/7/2011      Signature: _/s/ Norma I. Gutierrez de Jesus_
                                       **NORMA IRIS GUTIERREZ DE JESUS**         Debtor

Date: _____    Signature: _____
                                                                                                  (Joint Debtor, if any)
                                                                                            [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer        Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer                                               Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____      Signature: _____

                                                                                                              (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6J (Official Form 6J) (12/07)

IN RE GUTIERREZ DE JESUS, NORMA IRIS _____ Case No. 09-05572-13 _____
        Debtor(s)                                                          (If known)

## AMENDED SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made biweekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

1. Rent or home mortgage payment (include lot rented for mobile home)     $ _____
    a. Are real estate taxes included?   Yes ____   No ✓
    b. Is property insurance included?   Yes ____   No ✓
2. Utilities:
    a. Electricity and heating fuel     $    245.98
    b. Water and sewer     $ _____
    c. Telephone     $ _____
    d. Other  **Cellular**     $    67.16
        $ _____
3. Home maintenance (repairs and upkeep)     $ _____
4. Food     $    260.00
5. Clothing     $    50.00
6. Laundry and dry cleaning     $ _____
7. Medical and dental expenses     $    80.00
8. Transportation (not including car payments)     $    160.00
9. Recreation, clubs and entertainment, newspapers, magazines, etc.     $ _____
10. Charitable contributions     $ _____
11. Insurance (not deducted from wages or included in home mortgage payments)
    a. Homeowner's or renter's     $ _____
    b. Life     $ _____
    c. Health     $    114.90
    d. Auto     $ _____
    e. Other _____     $ _____
        $ _____
12. Taxes (not deducted from wages or included in home mortgage payments)
    (Specify) _____     $ _____
        $ _____
13. Installment payments: (in chapter 11, 12 and 13 cases, do not list payments to be included in the plan)
    a. Auto     $ _____
    b. Other _____     $ _____
        $ _____
14. Alimony, maintenance, and support paid to others     $ _____
15. Payments for support of additional dependents not living at your home     $ _____
16. Regular expenses from operation of business, profession, or farm (attach detailed statement)     $ _____
17. Other  **Lunch At Work**     $    140.00
    **Toll**     $    30.00
    **University Expenses**     $    35.00

**18. AVERAGE MONTHLY EXPENSES** (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.     $    1,183.04

19. Describe any increase or decrease in expenditures anticipated to occur within the year following the filing of this document:
**None**

**20. STATEMENT OF MONTHLY NET INCOME**
    a. Average monthly income from Line 15 of Schedule I     $    1,443.04
    b. Average monthly expenses from Line 18 above     $    1,183.04
    c. Monthly net income (a. minus b.)     $    260.00

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE GUTIERREZ DE JESUS, NORMA IRIS                                  Case No. 09-05572-13
                    Debtor(s)                                                  (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ____**18** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _11/7/2011_   Signature: _Norma I. Gutierrez de Jesus_
                              **NORMA IRIS GUTIERREZ DE JESUS**                          Debtor

Date: _____    Signature: _____
                                        (Joint Debtor, if any)
                              [If joint case, both spouses must sign.]

---

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____          _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____
Address

_____          _____
Signature of Bankruptcy Petition Preparer                                    Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

---

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____

                                        (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2011 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only